UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 24-61735-CIV-SMITH

ALANDE SAINT FIRMIN,

    Plaintiff,

vs.

PALETZ ROOFING AND INSPECTIONS, INC., *et al.*,

    Defendants.
_____/

**NOTICE OF COURT PRACTICE ON NOTICE OF SETTLEMENT**

This matter is before the Court on the parties' Joint Motion to Approve Settlement of FLSA Claim [DE 21], indicating that this matter is settled. Upon consideration, it is hereby

**ORDERED** that:

1. This matter is **REFERRED** to Magistrate Judge Hunt for purposes of conducting a fairness hearing pursuant to *Lynn's Food Stores, Inc. v. United States Department of Labor*, 679 F.2d 1350, 1353 (11th Cir. 1982).

2. All pending motions not otherwise ruled upon are **DENIED AS MOOT**.

3. This case is administratively **CLOSED**.

**DONE and ORDERED** in Fort Lauderdale, Florida, this 16th day of July, 2025.

RODNEY SMITH
UNITED STATES DISTRICT JUDGE

cc:    All Counsel of Record